UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JOSE PELAYO,<br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>      Defendant. | 3:11-cv-01465-AA<br><br><br>ORDER |

      Based upon the stipulation of the parties, it is hereby ORDERED that the following shall be awarded to Plaintiff: attorney fees in the amount of $3,617.87, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412; and costs in the amount of $350 for filing fees, pursuant to 28 U.S.C. § 1920. The parties agree that payment will be made to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt that qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

      If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

DATED this 5 day of February, 2013.

                                                      Ann L. Aiken<br>
                                                      United States District Court Judge